THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP B. HAUSKEN , <br><br>  Plaintiff, <br>   v. <br><br> DR. COGBURNE , *et al.*, <br><br>  Defendants. | CASE NO. C16-1931-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the complaints filed in this action by Plaintiff Phillip Hausken on March 30, 2017 (Dkt. Nos. 9, 10). This action was dismissed on March 22, 2017, and this case is closed. (*See* Dkt. Nos. 7, 8.) Thus, no more filings may be made in this action, with the exception of a motion for reconsideration or a notice of appeal—both of which must be filed with 14 days of the order of dismissal. Accordingly, there will be no action from the Court on Hausken's newly filed complaints. Should Hausken wish to open a new case, he may file a new action with no case number on it.

The Clerk is DIRECTED to send a copy of this order to Hausken.

//

//

MINUTE ORDER C16-1931-JCC
PAGE - 1

1   DATED this 31st day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C16-1931-JCC
PAGE - 2